No. 00–8653. SMITH v. WASHINGTON. C. A. 9th Cir. Certiorari denied.

No. 00–8657. ANDERSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–8669. FORD v. ROCKFORD BOARD OF EDUCATION, SCHOOL DISTRICT NO. 205, ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–8680. JEFFERS v. JAMES, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–8684. LAND v. FRANK ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–8695. TARLEY v. CRAWFORD-THG, INC. C. A. 5th Cir. Certiorari denied.

No. 00–8699. VALERIO v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 00–8726. NEMANI v. ST. LOUIS UNIVERSITY. Sup. Ct. Mo. Certiorari denied.

No. 00–8731. PETROVICH v. LEONARDO, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–8740. ADKINS v. EASLEY, ATTORNEY GENERAL OF NORTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–8742. DAVILA-ORTEGA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–8752. LYNCH v. HENDERSON, POSTMASTER GENERAL. C. A. 6th Cir. Certiorari denied.

No. 00–8755. ROSARIO v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 00–8757. JOELSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.